AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Meerveld, Janis | United States District Court Eastern District of Louisiana | 05/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Hale Boggs Building, Room B345
500 Poydras Street
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Chair | Boys Hope Girls Hope of New Orleans |
| 2. | Board Member | Susan G. Komen, New Orleans Affiliate |
| 3. | Board Member | Federal Bar Association |
| 4. | Executor | Family Estate |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Adams and Reese 401k Plan. Participant-directed 401k plan with former law firm- where the fund lineup/ menu is firm-managed. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Adams and Reese LLP | $112,567.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Adams and Reese LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 3. -Fidelity Advisor New Insights I (FINSX) | A | Dividend | M | T | | | | | |
| 4. | C | Distribution | | | | | | | |
| 5. -Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 6. -American Growth Fund of America F2 (GFFFX) | A | Dividend | L | T | | | | | |
| 7. | D | Distribution | | | | | | | |
| 8. -Hartford GL Capital Appreciation Y (HCTYX) | A | Dividend | L | T | | | | | |
| 9. -Vanguard Limited Term Tax Exempt Admiral (VMLUX) | A | Dividend | K | T | | | | | |
| 10. -Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | Buy | 01/21/16 | K | | |
| 11. | | | | | Buy | 09/12/16 | K | | |
| 12. -Vanguard All World Ex-US (VEU) | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 13. -Vanguard MidCap Value Index (VOE) | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 14. -Vanguard SmallCap Value (VBR) | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 15. -iShares Core MSCI EAFE (IEFA) | A | Dividend | | | Sold | 09/12/16 | K | A | |
| 16. -Procter & Gamble (PG) | A | Dividend | | | Sold | 09/09/16 | K | D | |
| 17. -Intel Corp (INTC) | A | Dividend | | | Buy | 08/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/09/16 | J | B | |
| 19. -AbbVie Inc (ABBV) | A | Dividend | | | Sold | 09/09/16 | J | C | |
| 20. -Abbott Laboratories (ABT) | A | Dividend | | | Sold | 09/09/16 | J | B | |
| 21. -First Eagle Fund of America I (FEAIX) | | | | | Sold | 01/21/16 | K | C | |
| 22. IRA #1 (H) | | | | | | | | | |
| 23. -Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 24. -Fidelity Total Stock Market Index Premium (FSTVX) | A | Distribution | K | T | Buy | 10/18/16 | K | | |
| 25. | A | Dividend | | | | | | | |
| 26. -Vanguard All World Ex-US (VEU) | A | Dividend | J | T | Buy | 10/18/16 | J | | |
| 27. Brokerage Account #2 (H) | | | | | | | | | |
| 28. -Fidelity Cash Fund (FCASH) | A | Interest | K | T | | | | | |
| 29. -Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 30. -American Capital World Growth & Income F2 (WGIFX) | C | Distribution | M | T | | | | | |
| 31. | C | Dividend | | | | | | | |
| 32. -American Growth Fund of America F2 (GFFFX) | D | Distribution | M | T | | | | | |
| 33. | B | Dividend | | | | | | | |
| 34. -American Income Fund of America F2 (AMEFX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Ltd-Term Tax Exempt Adm (VMLUX) | A | Dividend | K | T | | | | | |
| 36. -Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | Buy | 01/21/16 | K | | |
| 37. -Vanguard High Dividend Yield (VYM) | B | Dividend | M | T | Buy | 05/23/16 | K | | |
| 38. | | | | | Buy | 09/12/16 | L | | |
| 39. -Vanguard Total World (VT) | B | Dividend | M | T | Buy | 09/12/16 | K | | |
| 40. -Vanguard MidCap Value (VOE) | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 41. -Vanguard SmallCap Value (VBR) | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 42. -First Eagle Fund of America (FEAIX) | | | | | Sold | 01/21/16 | K | C | |
| 43. -Chevron Corp (CVX) | A | Dividend | | | Sold | 05/23/16 | K | A | |
| 44. -Diageo PLC ADR (DEO) | A | Dividend | | | Buy | 06/30/16 | J | | |
| 45. | | | | | Sold | 09/09/16 | J | A | |
| 46. -AbbVie Inc (ABBV) | A | Dividend | | | Sold | 09/09/16 | J | D | |
| 47. -Abbott Laboratories (ABT) | A | Dividend | | | Sold | 09/09/16 | J | B | |
| 48. -Intel Corp (INTC) | A | Dividend | | | Sold | 09/09/16 | J | C | |
| 49. -Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 09/09/16 | K | E | |
| 50. -Procter & Gamble Co (PG) | A | Dividend | | | Sold | 09/09/16 | J | B | |
| 51. -Exxon Mobile Corp (XOM) | A | Dividend | | | Sold | 09/09/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2 (H) | | | | | | | | | |
| 53. -Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 54. -Fidelity Advisor New Insights I (FINSX) | C | Distribution | L | T | | | | | |
| 55. | A | Dividend | | | | | | | |
| 56. -Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 57. -American Growth Fund of America F2 (GFFFX) | D | Distribution | M | T | | | | | |
| 58. | B | Dividend | | | | | | | |
| 59. -American New Perspective F2 (ANWFX) | C | Distribution | L | T | | | | | |
| 60. | A | Dividend | | | | | | | |
| 61. -Vanguard 500 Index Admiral (VFIAX) | B | Dividend | M | T | Buy | 05/23/16 | K | | |
| 62. | | | | | Buy | 09/12/16 | K | | |
| 63. -Vanguard Dividend Appreciation (VIG) | B | Dividend | L | T | Buy | 08/17/16 | J | | |
| 64. -Vanguard All World Ex-US (VEU) | A | Dividend | K | T | Buy | 05/23/16 | K | | |
| 65. | | | | | Buy | 09/12/16 | J | | |
| 66. -Vanguard MidCap Value Index (VOE) | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 67. -Vanguard SmallCap Value (VBR) | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 68. -American Funds Capital World Gr&Inc F2 (WGIFX) | A | Dividend | | | Sold | 05/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Diageo ADR (DEO) | A | Dividend | | | Buy | 06/30/16 | K | | |
| 70. | | | | | Sold | 09/09/16 | K | | |
| 71. -Nestle SA ADR (NSRGY) | A | Dividend | | | Sold | 06/30/16 | K | | |
| 72. -Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 09/09/16 | J | | |
| 73. -Exxon Mobile (XOM) | A | Dividend | | | Sold | 09/09/16 | K | | |
| 74. -PepsiCo Inc (PEP) | A | Dividend | | | Sold | 09/12/16 | K | | |
| 75. Variable Annuity #1 (H) | | | | | | | | | |
| 76. -Nationwide Destination B2 American NVIT Growth & Income | | None | K | T | | | | | |
| 77. -Nationwide Destination B2 American NVIT Asset Allocation | | None | K | T | | | | | |
| 78. -Nationwide Destination B2 American NVIT Bond | | None | K | T | | | | | |
| 79. Variable Annuity #2 (H) | | | | | | | | | |
| 80. -Fidelity Life PRA Index 500 | | None | M | T | | | | | |
| 81. -Fidelity Life PRA Investment Grade Bond | | None | K | T | | | | | |
| 82. -Fidelity Life PRA Overseas | | None | J | T | | | | | |
| 83. Variable Annuity #3 (H) | | | | | | | | | |
| 84. -Nationwide Destination B2 American NVIT Growth & Income | | None | M | T | | | | | |
| 85. -Nationwide Destination B2 American NVIT Asset Allocation | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Nationwide Destination B2 American NVIT Bond | | None | M | T | | | | | |
| 87. 401k #1 (H) | | | | | | | | | |
| 88. -Vanguard Institutional Index 1 (VINIX) | C | Distribution | O | T | | | | | |
| 89. | E | Dividend | | | Buy | 12/30/16 | J | | |
| 90. | | | | | Buy | 12/13/16 | J | | |
| 91. | | | | | Buy | 11/09/16 | J | | |
| 92. | | | | | Buy | 10/13/16 | J | | |
| 93. | | | | | Buy | 09/01/16 | J | | |
| 94. | | | | | Buy | 08/22/16 | J | | |
| 95. | | | | | Buy | 07/21/16 | J | | |
| 96. | | | | | Buy | 06/07/16 | J | | |
| 97. | | | | | Buy | 05/11/16 | J | | |
| 98. | | | | | Buy | 04/06/16 | J | | |
| 99. | | | | | Buy | 03/15/16 | J | | |
| 100. | | | | | Buy | 02/12/16 | J | | |
| 101. | | | | | Buy | 01/19/16 | J | | |
| 102. -Dodge & Cox Stock (DODGX) | E | Distribution | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 13

**Name of Person Reporting**

van Meerveld, Janis

**Date of Report**

05/24/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | D | Dividend | | | Buy | 01/19/16 | J | | |
| 104. -American Growth Fund of America R6 (RGAGX) | E | Distribution | N | T | | | | | |
| 105. | C | Dividend | | | Buy | 01/19/16 | J | | |
| 106. -Harbor International Institutional (HAINX) | D | Dividend | N | T | Buy | 01/19/16 | J | | |
| 107. 401k #2 (H) | | | | | | | | | |
| 108. -Vanguard Institutional Index 1 (VINIX) | B | Distribution | N | T | | | | | |
| 109. | D | Dividend | | | Buy | 01/19/16 | K | | |
| 110. -American Growth Fund of America R6 (RGAGX) | D | Distribution | M | T | | | | | |
| 111. | B | Dividend | | | Buy | 01/19/16 | J | | |
| 112. -Dodge & Cox Stock (DODGX) | D | Distribution | M | T | | | | | |
| 113. | B | Dividend | | | Buy | 01/19/16 | J | | |
| 114. -Harbor International Institutional (HAINX) | C | Dividend | M | T | Buy | 01/19/16 | J | | |
| 115. Brokerage Account #3 (H) | | | | | | | | | |
| 116. -iShares Core S&P Total US Stock Market (ITOT) | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 117. | | | | | Buy | 12/28/16 | J | | |
| 118. -Vanguard All World ex-US (VEU) | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 119. | | | | | Buy | 12/14/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| van Meerveld, Janis | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 121. Bank Account #1 (H) | | | | | | | | | |
| 122. -Regions Bank | A | Interest | N | T | | | | | |
| 123. Bank Account #2 (H) | | | | | | | | | |
| 124. -ASI Federal Credit Union | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

No assets are reportable relative to the position of executor listed in Part I.

In response to the Committee's inquiry regarding VTWSX, this position was disposed of in a prior reporting period and is not required to be included in this report.

FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

van Meerveld, Janis

Date of Report

05/24/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis van Meerveld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544